**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1476**

———————

BARBARA BROWN,

Plaintiff - Appellant,

versus

PATRICIA A. MCCORMICK; MCA/UNIVERSAL MERCHAN-
DISING, INCORPORATED, a/k/a Universal Studios
Consumer Products, Incorporated; THE PATCHWORK
PLACE, INCORPORATED; THE GREENWICH WORKSHOP,
INCORPORATED; JOHN SIMPKINS; MARKETING AND
FINANCIAL MANAGEMENT ENTERPRISES, INCORPO-
RATED; UNIVERSAL CITY STUDIOS, INCORPORATED;
AMBLIN' ENTERTAINMENT, INCORPORATED,

Defendants - Appellees,

and

WELLER/GROSSMAN PRODUCTIONS, INCORPORATED;
HOME AND GARDEN TELEVISION, a/k/a HGTV, a sub-
sidiary of the E.W. Scripps Company,

Defendants.

———————

**No. 00-1545**

———————

BARBARA BROWN,

Plaintiff - Appellee,

versus

PATRICIA A. MCCORMICK; MCA/UNIVERSAL MERCHAN-
DISING, INCORPORATED, a/k/a Universal Studios
Consumer Products, Incorporated; THE PATCHWORK
PLACE, INCORPORATED; MARKETING AND FINANCIAL
MANAGEMENT ENTERPRISES, INCORPORATED; UNIVER-
SAL CITY STUDIOS, INCORPORATED; AMBLIN' ENTER-
TAINMENT, INCORPORATED,

                                Defendants - Appellants,

        and

THE GREENWICH WORKSHOP, INCORPORATED; JOHN
SIMPKINS; WELLER/GROSSMAN PRODUCTIONS, INCOR-
PORATED; HOME AND GARDEN TELEVISION, a/k/a
HGTV, a subsidiary of the E.W. Scripps
Company,

                                Defendants.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-96-
3450-L)

---

Submitted:  December 20, 2000        Decided:  January 12, 2001

---

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barbara Brown, Appellant Pro Se.  Kathryn Ann Young, Beverly Hills,
California, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara Brown appeals the district court's order of judgment in her copyright infringement action, and the Defendants cross-appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. McCormick, No. CA-96-3450-L (D. Md. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3